IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RANDY BEA ANDERSON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>f/n/u BELLUS, et al.,  )<br>)<br>Defendants.  ) | No. 1:14-cv-00128<br>Senior Judge Haynes |

# O R D E R

In accordance with the Memorandum filed herewith, Defendants' motion for summary judgment (Docket Entry No. 61) is **GRANTED**. This action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 31st day of August, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge